JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARVIN LOUIS LOWERY,    ) Case No. CV 18-9644-R (JPR)
                        )
          Plaintiff,  )
                        )    **J U D G M E N T**
         v.          )
                        )
CITY OF LOS ANGELES et   )
al.,                   )
                        )
         Defendants.  )
                        )

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 10, 2019       _____
                        MANUEL REAL
                        U.S. DISTRICT JUDGE